UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, PLYMOUTH COUNTY RETIREMENT SYSTEM, STATE-BOSTON RETIREMENT SYSTEM, and MICHAEL GOLDE, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAFENET, INC., ANTHONY A. CAPUTO, KENNETH A. MUELLER, CAROLE D. ARGO, THOMAS A. BROOKS, IRA A. HUNT, Jr., BRUCE R. THAW, ARTHUR L. MONEY, SHELLEY A. HARRISON, and ANDREW E. CLARK<br><br>Defendants. | Lead Case No. 06 Civ. 5797 (PAC)<br><br>**ORDER FOR ADMISSION** *PRO HAC VICE* **ON WRITTEN MOTION**<br><br> |

Upon the motion of Paul Engelmayer, attorney for Carole Argo, and the sponsor attorney's

declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Benjamin Brown |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 1875 Pennsylvania Ave. NW |
| City/State: | Washington, DC 20006 |
| Phone No.: | (202) 663-6000 |
| Fax No.: | (202) 663-6363 |
| Email: | ben.brown@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for Ms. Argo in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

DATED:    **18 SEP 2009**, 2009
New York, New York

_____
Paul A. Crotty
United States District Judge

US1DOCS 7284429v1