UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POLICE AND FIRE RETIREMENT SYSTEM OF
THE CITY OF DETROIT, PLYMOUTH COUNTY
RETIREMENT SYSTEM, STATE-BOSTON
RETIREMENT SYSTEM, and MICHAEL GOLDE,
On Behalf of Themselves and All Others Similarly
Situated,

                Plaintiffs,

                v.

SAFENET, INC., ANTHONY A. CAPUTO,
KENNETH A. MUELLER, CAROLE D. ARGO,
THOMAS A. BROOKS, IRA A. HUNT, JR.,
BRUCE R. THAW, ARTHUR L. MONEY,
SHELLEY A. HARRISON, and ANDREW E.
CLARK,

                Defendants.

No. 06 Civ. 5797 (PAC)
ECF Case

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 SEP 2009

## Pro Hac ORDER

Pursuant to Local Rule 1.3(c) of the United States District Court for the Southern District of New York and upon the affidavit of Anthony D. Boccanfuso, Esq., a member of the Bar of this Court, it is

ORDERED that Joshua P. Wilson be admitted to the Bar of this Court *pro hac vice* as counsel for Defendant Anthony D. Caputo.

Dated: New York, New York
       18 SEP 2009 , 2009

SO ORDERED:

_____
U.S.D.J.