UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Police and Fire Retirement System of the City of Detroit, et al.,<br>*On Behalf of Themselves and all Others Similarly Situated*<br>                             Plaintiffs,<br><br>   -against-<br><br>SafeNet Inc., Anthony A. Caputo, Kenneth A. Mueller, Carole D. Argo, Thomas A. Brooks, Ira A. Hunt, Jr., Bruce R. Thaw, Arthur L. Money, Shelley A. Harrison, Andrew E. Clark and Walter W. Straub.<br><br>                             Defendants. | NOTICE OF APPEARANCE<br><br>No. 06-cv-05797(PAC)<br>No. 06-cv-06194(PAC) |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Lead Plaintiffs Police and Fire Retirement System of the City of Detroit, Plymouth County Retirement System and the State-Boston Retirement Board, and as counsel for plaintiff Michael J. Golde.

The undersigned certifies that he is admitted to practice in this Court.

Dated: September 23, 2009

                                         Bernstein Litowitz Berger &
                                         Grossmann LLP

                                   By: /s/ *[signature]*
                                         Samuel Lieberman (SL-9608)
                                         1285 Avenue of the Americas
                                         New York, New York 10019
                                         Tel: (212) 554-1400
                                         Fax: (212) 554-1444

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Police and Fire Retirement System of the City of Detroit, et al., *On Behalf of Themselves and all Others Similarly Situated*<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-against-<br><br>SafeNet Inc., Anthony A. Caputo, Kenneth A. Mueller, Carole D. Argo, Thomas A. Brooks, Ira A. Hunt, Jr., Bruce R. Thaw, Arthur L. Money, Shelley A. Harrison, Andrew E. Clark and Walter W. Straub.<br><br>　　　　　　　　　　Defendants. | NOTICE OF APPEARANCE<br><br>No. 06-cv-05797(PAC)<br>No. 06-cv-06194(PAC) |

### Certificate of Service

I, Andrew Zimmer hereby certify that on September 23rd, 2009 the following document

- Samuel Lieberman Notice of Appearance,

was filed and served electronically in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Southern District of New York, and the Southern District's rules on Electronic Service.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Andrew Zimmer