UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Police and Fire Retirement System of the City of Detroit ., *On Behalf of Itself and all Others Similarly Situated,*

                    Plaintiffs,

  -against-

Safenet, Inc., *et al.,*

                    Defendants.
---------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 30, 2010
```

**06 Civ. 5797 (PAC)**
**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation and Order of Settlement upon receipt from either party. The Clerk of Court is directed to terminate any pending deadlines, future conferences and this case.

Dated: New York, New York
        August 30, 2010

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge