**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

POLICE AND FIRE RETIREMENT
SYSTEM OF THE CITY OF DETROIT,
PLYMOUTH COUNTY RETIREMENT
SYSTEM, STATE-BOSTON
RETIREMENT SYSTEM, and MICHAEL
GOLDE, On Behalf of Themselves and All
Others Similarly Situated,

                    Plaintiffs,

          v.

SAFENET, INC., ANTHONY A. CAPUTO,
KENNETH A. MUELLER, CAROLE D.
ARGO, THOMAS A. BROOKS, IRA A.
HUNT, Jr., BRUCE R. THAW, ARTHUR
L. MONEY, SHELLEY A. HARRISON,
and ANDREW E. CLARK

                    Defendants.

Lead Case No. 06 Civ. 5797 (PAC)

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT**

        PLEASE TAKE NOTICE that as soon as counsel may be heard, Lead Plaintiffs the

Police and Fire Retirement System of the City of Detroit ("Detroit P&F"), the Plymouth County

Retirement System ("Plymouth"), and State-Boston Retirement System ("State-Boston")

(collectively "Lead Plaintiffs") will move before the Honorable Paul A. Crotty, U.S.D.J., at the

Federal Courthouse, 500 Pearl Street, New York, New York 10007 for an order pursuant to

Federal Rule of Civil Procedure 23(e) for preliminary approval of a proposed Class settlement,

certification of the proposed Settlement Class for settlement purposes only, the appointment of

Detroit P&F and Plymouth as representatives for the proposed Class, the appointment of Michael

Golde as representative for the Subclass, the appointment of Labaton Sucharow LLP and

Bernstein Litowitz Berger and Grossman LLP as counsel for the Class and Subclass, and for approval of the forms of notice and other matters related to issuing notice to the Class.

PLEASE TAKE FURTHER NOTICE that a Stipulation and Agreement of Settlement and a proposed Preliminary Approval Order Providing for Notice and Hearing in Connection With Proposed Class Action Settlement, each with annexed exhibits, are being submitted herewith.

Dated: New York, New York
      September 13, 2010

           LABATON SUCHAROW LLP

           /s/Jonathan Gardner_____
           Lawrence Sucharow
           Jonathan Gardner
           LABATON SUCHAROW LLP
           140 Broadway
           New York, New York 10005
           Telephone: (212) 907-0700
           Facsimile:  (212) 818-0477

           Max W. Berger
           William C. Fredericks
           Jeremy P. Robinson
           BERNSTEIN LITOWITZ BERGER
           & GROSSMANN LLP
           1285 Avenue of the Americas
           New York, New York 10019
           Telephone: (212) 544-1400
           Facsimile:  (212) 554-1444

           *Co-Lead Counsel for Lead Plaintiffs and*
           *the Proposed Class and Subclass*

To:     SULLIVAN & CROMWELL LLP
        Richard H. Klapper
        Andrew H. Reynard
        125 Broad Street
        New York, NY 10004

        *Attorneys for Defendant SafeNet, Inc*

        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        Paul A. Engelmayer
        399 Park Avenue
        New York, NY 10022

        WILMER CUTLER PICKERING
        HALE AND DORR LLP
        Matthew B. Holmwood
        Benjamin C. Brown
        1875 Pennsylvania Avenue NW
        Washington, DC 20006

        *Attorneys for Defendant Carole D. Argo*

        ARNOLD & PORTER, LLP
        John A. Freedman
        Joshua P. Wilson
        555 Twelfth St., N.W.
        Washington, DC 20004-1206

        *Attorneys for Defendant Anthony A. Caputo*

        DLA PIPER LLP (US)
        Jonathan D. King
        203 N. LaSalle St., Suite 1900
        Chicago, Illinois 60601-1293

        *Attorneys for Kenneth A. Mueller*