UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, PLYMOUTH COUNTY RETIREMENT SYSTEM, STATE-BOSTON RETIREMENT SYSTEM, and MICHAEL GOLDE, On Behalf of Themselves and All Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>          v.<br><br>SAFENET, INC., ANTHONY A. CAPUTO, KENNETH A. MUELLER, CAROLE D. ARGO, THOMAS A. BROOKS, IRA A. HUNT, Jr., BRUCE R. THAW, ARTHUR L. MONEY, SHELLEY A. HARRISON, and ANDREW E. CLARK<br><br>                              Defendants. | Lead Case No.:  06 Civ. 5797 (PAC)<br><br><br><br><br><br><br><br>NOTICE OF FILING OF STIPULATION AND AGREEMENT OF SETTLEMENT |

TO:     All counsel of record

PLEASE TAKE NOTICE that Lead Plaintiffs the Police and Fire Retirement System of the City of Detroit, the Plymouth County Retirement System and the State-Boston Retirement System, on behalf of themselves and the proposed Settlement Class, are hereby filing as Exhibit 1 hereto the Stipulation and Agreement of Settlement, dated September 13, 2010, (and annexed exhibits) with defendants SafeNet, Inc., Anthony A. Caputo, Carole D. Argo, and Kenneth A. Mueller.

DATED:     New York, New York
           September 14, 2010

LABATON SUCHAROW LLP

/s/Jonathan Gardner
Lawrence Sucharow
Jonathan Gardner
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

Max W. Berger
William C. Fredericks
Jeremy P. Robinson
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 544-1400
Facsimile:  (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class and Subclass*

To:  SULLIVAN & CROMWELL LLP
Richard H. Klapper
Andrew H. Reynard
125 Broad Street
New York, NY 10004

*Attorneys for Defendant SafeNet, Inc*

WILMER CUTLER PICKERING
HALE AND DORR LLP
Paul A. Engelmayer
399 Park Avenue
New York, NY 10022

WILMER CUTLER PICKERING
HALE AND DORR LLP
Matthew B. Holmwood
Benjamin C. Brown
1875 Pennsylvania Avenue NW
Washington, DC 20006

*Attorneys for Defendant Carole D. Argo*

ARNOLD & PORTER, LLP
John A. Freedman
Joshua P. Wilson
555 Twelfth St., N.W.
Washington, DC 20004-1206

*Attorneys for Defendant Anthony A. Caputo*

DLA PIPER LLP (US)
Jonathan D. King
203 N. LaSalle St., Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Kenneth A. Mueller*