UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLICE AND FIRE RETIREMENT SYSTEM OF THE CITY OF DETROIT, PLYMOUTH COUNTY RETIREMENT SYSTEM, STATE-BOSTON RETIREMENT SYSTEM, and MICHAEL GOLDE, On Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>SAFENET, INC., ANTHONY A. CAPUTO, KENNETH A. MUELLER, CAROLE D. ARGO, THOMAS A. BROOKS, IRA A. HUNT, Jr., BRUCE R. THAW, ARTHUR L. MONEY, SHELLEY A. HARRISON and ANDREW E. CLARK,<br><br>      Defendants. | Lead Case No. 06-cv-5797 (PAC) |

### NOTICE OF (A) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (B) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND <u>REIMBURSEMENT OF LITIGATION EXPENSES</u>

**PLEASE TAKE NOTICE** that upon the (i) Joint Declaration of Jonathan Gardner and William C. Fredericks in Support of (A) Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and the exhibits thereto; (ii) Memorandum of Law in Support of Lead Plaintiffs' Motion for Final Approval of Proposed Class Action Settlement and Plan of Allocation; and (iii) Memorandum of Law in Support of (A) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and (B) the Class

.

Representatives' Request for an Award of Expenses under 15 U.S.C. § 78u-4(a)(4), being filed concurrently herewith; and all prior proceedings had herein:

(a) The Court-appointed Class Representatives – the Police and Fire Retirement System of the City of Detroit and the Plymouth County Retirement System – and the Court-appointed Subclass Representative Michael Golde (collectively "Lead Plaintiffs"), through their undersigned counsel, will move this Court before the Honorable Paul A. Crotty on December 20, 2010 at 3:30 p.m. at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of a Final Order and Judgment granting final approval to the proposed Settlement and approving the proposed Plan of Allocation of the Settlement proceeds; and

(b) Lead Counsel, Bernstein Litowitz Berger & Grossmann LLP and Labaton Sucharow LLP, will move this Court before the Honorable Paul A. Crotty on December 20, 2010 at 3:30 p.m. at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of an Order awarding attorneys' fees and reimbursement of litigation expenses and granting the Class Representatives' request for an award of expenses under 15 U.S.C. § 78u-4(a)(4).

Dated: New York, New York
November 22, 2010

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/ William C. Fredericks
William C. Fredericks
Jeremy P. Robinson
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 544-1400
Facsimile: (212) 554-1444

        **LABATON SUCHAROW LLP**

        Lawrence Sucharow
        Jonathan Gardner
        140 Broadway
        New York, New York 10005
        Telephone: (212) 907-0700
        Facsimile:  (212) 818-0477

        *Lead Counsel for Lead Plaintiffs and the Settlement Class and Subclass*

To: **SULLIVAN & CROMWELL LLP**
Richard H. Klapper
Andrew H. Reynard
125 Broad Street
New York, NY 10004

*Attorneys for Defendant SafeNet, Inc.*

**ARNOLD & PORTER, LLP**
John A. Freedman
Joshua P. Wilson
555 Twelfth St., N.W.
Washington, DC 20004-1206

*Attorneys for Defendant Anthony A. Caputo*

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Paul A. Engelmayer
Matthew B. Holmwood
399 Park Avenue
New York, NY 10022

*Attorneys for Defendant Carole D. Argo*

**DLA PIPER LLP (US)**
Jonathan D. King
Samuel Isaacson
203 N. LaSalle St., Suite 1900
Chicago, Illinois 60601-1293

*Attorneys for Kenneth A. Mueller*

#494910.1